**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **Robert Sowa** | FILED: AUG 19, 2008 |
| v. | 08CV4707 |
| | JUDGE GUZMAN |
| **City of Chicago, et al.** | MAGISTRATE JUDGE ASHMAN |
| | RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**City of Chicago, Adam Stark and Albert C. France**

| NAME (Type or print) |
|---|
| **Naomi Avendano** |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ **Naomi Avendano** |

| FIRM |
|---|
| **Corporation Counsel's Office** |

| STREET ADDRESS |
|---|
| **30 N. La Salle St., Suite 1400** |

| CITY/STATE/ZIP |
|---|
| **Chicago, IL 60602** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **06203689** | **312-742-7880** |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ■ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐